# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**

Aug 28 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** USA v. Boris MELESHINSKY | **CASE NUMBER:** 3:24-cr-00483 TLT CR |
| **Is This Case Under Seal?** | Yes    No ✔ |
| **Total Number of Defendants:** | 1 ✔    2-7    8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes    No ✔ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✔    OAK    SJ |
| **Is this a potential high-cost case?** | Yes    No ✔ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes    No ✔ |
| **Is this a RICO Act gang case?** | Yes    No ✔ |
| **Assigned AUSA (Lead Attorney):** Galen Phillips/Kyle Waldinger | **Date Submitted:** 8/28/2024 |
| **Comments:** | |

RESET FORM    SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)

1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10                               SAN FRANCISCO DIVISION
11  UNITED STATES OF AMERICA,            )   CASE NO. 3:24-cr-00483 TLT
                                         )
12         Plaintiff,                    )   VIOLATIONS:
                                         )
13     v.                                )   18 U.S.C. § 1349 – Conspiracy
                                         )
14  BORIS MELESHINSKY,                   )
                                         )   SAN FRANCISCO VENUE
15         Defendant.                    )
                                         )
16
17                              I N F O R M A T I O N
18         The United States Attorney charges that, at all times relevant to this Information, unless
19  otherwise indicated:
20                              Introductory Allegations
21     1.  The defendant BORIS MELESHINSKY was an individual who regularly resided in the
22  Northern District of California.
23     2.  Co-conspirator One was an individual who regularly resided in the Northern District of
24  California, including in the City and County of San Francisco.
25     3.  Co-conspirator Two was an individual who regularly resided in the Northern District of
26  California, including in the City and County of San Francisco.
27     4.  Manheim, Inc., which was also known as "Manheim Auto Auction" or simply as
28  "Manheim," was a wholesale automobile auction company, headquartered in Atlanta, Georgia, with

INFORMATION

FILED

Aug 28 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

numerous locations around the United States and in several international locations.

5. The Progressive Corporation ("Progressive") was an insurance company headquartered in Mayfield Village, Ohio. Progressive was engaged in the business of marketing and selling a variety of insurance products, including automobile insurance, to consumers throughout the United States, including in the Northern District of California.

COUNT ONE:        (18 U.S.C. § 1349 – Conspiracy)

6. The factual allegations in Paragraphs 1 through 5 are re-alleged and incorporated.

7. Beginning at a date unknown, but by no later than in or about July 2019, and continuing to a date unknown, but at least to in or about September 2019, in the Northern District of California, and elsewhere, the defendant,

BORIS MELESHINSKY,

knowingly and willfully conspired and agreed with others, including Co-conspirator One and Co-conspirator Two, to commit an offense against the United States, to wit, wire fraud, in violation of Title 18, United States Code, Section 1343.

All in violation of Title 18, United States Code, Section 1349.

DATED: August 28, 2024

ISMAIL J. RAMSEY
United States Attorney

_____
KYLE F. WALDINGER
Assistant United States Attorney

INFORMATION                                                   2

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

18 U.S.C. § 1349 -- Conspiracy

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 20 years' imprisonment, $250,000 fine, 3 years of supervised release, $100 special assessment, forfeiture, restitution

### DEFENDANT - U.S
Boris MELESHINSKY

**DISTRICT COURT NUMBER**
3:24-cr-00483 TLT

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Invest. / Internal Revenue Serv. - CI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: ISMAIL J. RAMSEY
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Galen Phillips/Kyle Waldinger

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments: