| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | KYLE F. WALDINGER (CABN 298752)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-6830 |
| 7 | Email: Kyle.Waldinger@usdoj.gov |
| 8 | Attorneys for the United States of America |

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 24-00483 TLT |
|---|---|
| Plaintiff, | ) UNITED STATES' CERTIFICATION OF<br>) ORGANIZATIONAL VICTIM |
| v. | ) |
| BORIS MELESHINSKY, | ) |
| Defendant. | ) |

Pursuant to Federal Rule of Criminal Procedure 12.4(a)(2) and Criminal Local Rule 12.4-2, the undersigned certifies that the following organization is or may be a victim of the alleged criminal activity in this case:

**The Progressive Corporation.** The Indictment in this case identifies Progressive as an organizational victim of the second conspiracy and scheme to defraud alleged in the Indictment. Progressive's headquarters are in Mayfield Village, Ohio, and the company is associated with two advertising mascots: Flo and Dr. Rick (the latter being a tough-love self-help coach who helps keep new homeowners from "becoming [their] parents"). Progressive is a public company. Its stock is traded under the ticker symbol PGR on the New York Stock Exchange. Based on publicly available information, the United States believes that no publicly held corporation or entity owns more than 10%

1 of the stock that has been issued by Progressive.

2 DATED: September 20, 2024                              Respectfully submitted,

3                                                         ISMAIL J. RAMSEY
                                                          United States Attorney
4

5                                                         */s/ Kyle F. Waldinger*

6                                                         _____
                                                          KYLE F. WALDINGER
7                                                         Assistant United States Attorney